IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND GERALD BROWN, Jr., in his capacity as Governor of the State of California and ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>Defendants. | Case No. 2:17-cv-02573-MCE-KJN<br><br>**ORDER ALTERING BRIEFING SCHEDULE AND ALLOWING OVERSIZE MEMORANDUMS RELATING TO DEFENDANTS' MOTION TO DISMISS COMPLAINT** |

Good cause having been shown, and in accordance with the stipulation of the parties, the Court here by ORDERS that:

1. Defendants' initial memorandum of points and authorities in support of the motion to dismiss complaint shall be filed no later than January 26, 2018, and be no longer in length than 30 pages;

2. Plaintiff's opposition memorandum shall be filed no later than February 26, 2018, and be no longer in length than 30 pages;

1

3. Defendants' reply memorandum shall be filed no later than March 26, 2018, and be no longer in length than 20 pages; and

4. The hearing shall be April 19, 2018.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE