XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
S. MICHELE INAN, State Bar No. 119205
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5474
 Fax:  (415) 703-5480
 E-mail:  Michele.Inan@doj.ca.gov
*Attorneys for Defendants Edmund G. Brown, Jr., Governor of the State of California, and Robert P. David, Director of the California Office of Statewide Health Planning and Development*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND GERALD BROWN, Jr., in his capacity as Governor of the State of California and ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>Defendants. | 2:17-cv-02573-MCE-KJN<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF PURSUANT TO FED. R. CIV. P. 12(b)(1) and 12(b)(6)**<br><br>Date: April 19, 2018<br>Time: 2:00 p.m.<br>Courtroom: 7, 14th Floor<br>Judge: Honorable Morrison C. England, Jr.<br>Trial Date: Not Set<br>Action Filed: December 8, 2017 |

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE THAT on Thursday, April 19, 2019, at 2:00 p.m., or as soon thereafter as this matter may be heard in Courtroom 7 of the above-entitled Court located at 501 I Street, Sacramento, California, defendants Edmund G. Brown, Jr., Governor of the State of California, and Robert P. David, Director of the California Office of Statewide Health Planning and Development will move this Court to dismiss the complaint with prejudice for lack of subject

1

matter jurisdiction pursuant Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for failure to state a claim upon which relief may be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This motion is based upon this notice of motion, a memorandum of points and authorities filed with this notice, a request for judicial notice, such oral and documentary evidence as shall be introduced at the hearing, and all pleadings and papers on file herein.

Dated:  January 26, 2018 				Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


*/s/ S. Michele Inan*
S. MICHELE INAN
Deputy Attorney General
*Attorneys for Defendants Edmund G. Brown, Jr., Governor of the State of California, and Robert P. David, Director of the California Office of Statewide Health Planning and Development*

SA2017109671
21072206.docx