DOWNEY BRAND LLP
ANNIE S. AMARAL (Bar No. 238189)
AVALON J. FITZGERALD (Bar No. 288167)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: 916.444.1000
Facsimile: 916.444.2100
aamaral@downeybrand.com
afitzgerald@downeybrand.com

Robert N. Weiner
Admitted *Pro Hac Vice*
Jeffrey L. Handwerker
Admitted *Pro Hac Vice*
R. Stanton Jones
Admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
robert.weiner@apks.com
jeffrey.handwerker@apks.com
stanton.jones@apks.com

*Attorneys for Plaintiff* Pharmaceutical Research and Manufacturers of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND GERALD BROWN, Jr., in his capacity as Governor of the State of California, and<br><br>ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>Defendants. | Case No.: 2:17-cv-02573-MCE-KJN<br><br>**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE SUR-REPLY** |

///

///

1514631.3

|  | |
|---|---|
| 1 | On March 26, 2018, the State filed its reply brief in support of its Motion to Dismiss |
| 2 | PhRMA's Complaint. (ECF No. 24.) The State's reply brief misconstrues central allegations in |
| 3 | the Complaint in a manner that is material to the Court's assessment of PhRMA's claim under the |
| 4 | Dormant Commerce Clause. Because the Court submitted this motion on the briefs on January |
| 5 | 29, 2018, (ECF No. 20), PhRMA will not have the opportunity to correct these errors for the |
| 6 | Court at oral argument. PhRMA therefore respectfully requests this Court's leave to submit a |
| 7 | short, targeted sur-reply for the limited purpose of clarifying these critical issues. PhRMA's |
| 8 | proposed sur-reply is attached hereto as Exhibit A. |
| 9 | PhRMA is cognizant of the fact that sur-replies are not typical of this Court's practice, and |
| 10 | is sensitive to the Court's heavy caseload. Accordingly, PhRMA's proposed sur-reply focuses |
| 11 | only on clarifying issues that are absolutely essential to this Court's resolution of the motion to |
| 12 | dismiss, and is limited to three pages. For the reasons described, good cause exists for PhRMA to |
| 13 | file the attached sur-reply. To the extent the Court is not inclined to grant PhRMA's request for |
| 14 | leave to file a sur-reply, PhRMA respectfully requests that the Court re-set this matter for oral |
| 15 | argument so that these mischaracterizations can be addressed. |
| 16 | PhRMA's counsel attempted to contact counsel for the State on April 2, 2018, to |
| 17 | determine whether the State opposes PhRMA's application for leave to file a sur-reply, but did |
| 18 | not receive a response before the close of business that day. |
| 19 | / / / |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | / / / |

DOWNEY BRAND LLP

DATED: April 2, 2018   /s/ *Annie S. Amaral*
Annie S. Amaral
Avalon J. Fitzgerald
DOWNEY BRAND LLP

/s/ *Robert N. Weiner*  (as authorized on 4/2/2018)
Robert N. Weiner
Jeffrey L. Handwerker
R. Stanton Jones
ARNOLD & PORTER KAYE SCHOLER LLP

*Attorneys for Plaintiff* Pharmaceutical Research and Manufacturers of America

## **ORDER**

Good cause appearing, Plaintiff PhRMA is granted leave to file the sur-reply attached as Exhibit A to Plaintiff's Application for Leave to File Sur-Reply.

IT IS SO ORDERED.

Dated: April 4, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE