IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND GERALD BROWN, Jr., in his capacity as Governor of the State of California and ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>Defendants. | Case No. 2:17-cv-02573-MCE-KJN<br><br>**ORDER GRANTING DEFENDANTS' LEAVE TO FILE A RESPONSE TO PLAINTIFF'S SUR-REPLY FILED APRIL 5, 2018** |

Good cause appearing, Defendants are granted leave to file a response to Plaintiff's sur-reply of no more than three (3) pages, to be filed within five days of the issuance of this order.

IT IS SO ORDERED.

Dated: April 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE