DOWNEY BRAND LLP
ANNIE S. AMARAL (Bar No. 238189)
AVALON J. FITZGERALD (Bar No. 288167)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
aamaral@downeybrand.com
afitzgerald@downeybrand.com

Robert N. Weiner
Admitted *Pro Hac Vice*
Jeffrey L. Handwerker
Admitted *Pro Hac Vice*
R. Stanton Jones
Admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
robert.weiner@arnoldporter.com
jeffrey.handwerker@arnoldporter.com
stanton.jones@arnoldporter.com

Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>Defendant. | Case No. 2:17-cv-02573-MCE-KJN<br><br>**NOTICE OF REQUEST TO SEAL EXHIBITS TO AMENDED COMPLAINT** |

1532998.1

1

NOTICE OF REQUEST TO SEAL EXHIBITS TO AMENDED COMPLAINT

NOTICE OF REQUEST TO SEAL EXHIBITS AND REQUEST TO SEAL

TO DEFENDANT ROBERT P. DAVID, ALL ATTORNEYS OF RECORD, AND THE CLERK OF THIS COURT:

PLEASE TAKE NOTICE THAT Plaintiff Pharmaceutical Research and Manufacturers of America ("PhRMA") hereby requests the Court enter an order sealing the exhibits to the Amended Complaint, which contain member trade secrets and confidential, business sensitive information. The Request to Seal Documents, Proposed Order, and documents to be sealed are submitted to the Court via email, and are served on all other parties by electronic service. PhRMA's motion is based on this notice of request to seal, the Request to Seal, the proposed order, the documents submitted in connection with this request, and any argument which may be entertained by this Court.

DATED:  September 28, 2018

By: */s/ Annie S. Amaral*
ANNIE S. AMARAL
AVALON J. FITZGERALD
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:  (916) 444-1000

ROBERT N. WEINER
JEFFREY L. HANDWERKER
R. STANTON JONES
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:  (202) 942-5000

Attorney for Plaintiff Pharmaceutical Research and Manufacturers of America