IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**EDMUND GERALD BROWN, Jr.**, in his capacity as Governor of the State of California and **ROBERT P. DAVID**, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>Defendants. | Case No. 2:17-cv-02573-MCE-KJN<br><br>**ORDER ALTERING BRIEFING SCHEDULE RELATING TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Good cause having been shown, and in accordance with the stipulation of the parties, the Court here by ORDERS that:

1. Defendants' motion to dismiss and memorandum of points and authorities in support of the motion to dismiss the first amended complaint shall be filed no later than **October 24, 2018**; its memorandum shall be no longer than 30 pages;

2. Plaintiff's opposition memorandum shall be filed no later than **November 16, 2018**, and be no longer than 30 pages;

3. Defendants' reply memorandum shall be filed no later than **December 6, 2018**, and be no longer than 20 pages; and

4. The hearing on defendants' motion to dismiss shall be **December 13, 2018**, unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: October 11, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE