UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND GERALD BROWN, Jr., in his capacity as Governor of the State of California, and ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>Defendants. | No. 2:17-cv-02573-MCE-KJN<br><br>**AMENDED ORDER** |

Presently before the Court is Plaintiff Pharmaceutical Research and Manufacturers of America's ("PhRMA") Request to Seal (ECF No. 39), asking that two exhibits to the Amended Complaint be filed under seal on the grounds that the documents contain trade secrets and confidential business information. Defendants oppose the request. Upon consideration of the arguments, and good cause appearing, IT IS HEREBY ORDERED that PhRMA's Request to Seal (ECF No. 39) is GRANTED.

/ / /

/ / /

| | |
|---|---|
| 1 | Pursuant to Local Rule 141, the Court ORDERS that the following documents are |
| 2 | hereby filed under seal for a period of **two-years** from the filing date of this Order, |
| 3 | subject to renewal upon application to the Court, and accessible only by the parties, |
| 4 | counsel of record in this matter, and the Court: |
| 5 |    1. Exhibit L, a price increase notification email dated April 19, 2018 with an |
| 6 |       attachment showing the projected price increase of a prescription drug; and |
| 7 |    2. Exhibit M, a letter dated March 22, 2018. |
| 8 | The Court's previous Order, ECF No. 46, shall be re-filed under seal in accordance with |
| 9 | instructions outlined above. |
| 10 |      IT IS SO ORDERED. |
| 11 | Dated: November 26, 2018 |

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE