UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>Defendant. | No. 2:17-cv-02573-MCE-KJN<br><br>**ORDER** |

On November 22, 2019, this Court issued a Supplemental Pretrial Scheduling Order, which requires that non-expert discovery be completed within one year of the order, and that dispositive motions be filed within 180 days after the close of discovery. ECF No. 58. The Court has reviewed Plaintiff's subsequent objections and California's response thereto. Those objections are hereby SUSTAINED. Plaintiff shall file its motion for summary judgment within 30 days of the order. California shall file its response within 45 days after Plaintiff's motion is filed.[1] Plaintiff may file a reply within

///

---

[1] In their Joint Status Report, California requests 45 days to respond to Plaintiff's motion should the Court enter Plaintiff's proposed scheduling order. ECF No. 57, at 16. The Court grants California's request.

1

15 days after California's response is filed, and California may file a reply within 15 days of Plaintiff's reply.

IT IS SO ORDERED.

Dated: January 10, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE