IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>Defendant. | Case No. 2:17-cv-02573-MCE-KJN<br><br>**ORDER ALTERING BRIEFING SCHEDULE RELATING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

1

Good cause having been shown, and in accordance with the stipulation of the parties, the Court here by ORDERS that:

1. Defendant's response to Plaintiff's motion for summary judgment (ECF No. 64) shall be filed no later than April 27, 2020;

2. Plaintiff's reply shall be filed no later than fifteen days after Defendant's response is filed; and

3. Defendant may file a reply no later than fifteen days after Plaintiff's reply is filed.

DATED: March 20, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE