DOWNEY BRAND LLP
Annie S. Amaral (Bar No. 238189)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: 916.444.1000
Facsimile: 916.444.2100
aamaral@downeybrand.com

Allon Kedem
Admitted *Pro Hac Vice*
Jeffrey L. Handwerker
Admitted *Pro Hac Vice*
R. Stanton Jones
Admitted *Pro Hac Vice*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com
stanton.jones@arnoldporter.com

*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>　　　　　Defendant. | Case No.:  2:17-cv-02573-MCE-KJN<br><br>**ORDER ON STIPULATION TO CHANGE BRIEFING SCHEDULE RELATING TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Trial Date:　　Not Set<br>Action Filed:　December 8, 2017<br>Judge:　　　　Hon. Morrison C. England, Jr.<br>Courtroom:　　7 |

Good cause having been shown, and in accordance with the stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Plaintiff's reply to Defendant's opposition to the motion for summary judgment (ECF No. 70) shall be filed no later than May 19, 2020;

2. Defendant may file a reply to Plaintiff's reply no later than June 10, 2020.

IT IS SO ORDERED.

Dated:  May 4, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE