1  DOWNEY BRAND LLP
   Annie S. Amaral (Bar No. 238189)
2  621 Capitol Mall, 18th Floor
   Sacramento, CA 95814
3  Telephone: 916.444.1000
   Facsimile: 916.444.2100
4  aamaral@downeybrand.com

5  Allon Kedem
   *Pro Hac Vice* Motion Pending
6  Jeffrey L. Handwerker
   Admitted *Pro Hac Vice*
7  R. Stanton Jones
   Admitted *Pro Hac Vice*
8  ARNOLD & PORTER KAYE SCHOLER LLP
   601 Massachusetts Avenue, NW
9  Washington, DC 20001
   Telephone: (202) 942-5000
10 allon.kedem@arnoldporter.com
   jeffrey.handwerker@arnoldporter.com
11 stanton.jones@arnoldporter.com

12
   *Attorneys for Plaintiff Pharmaceutical Research*
13 *and Manufacturers of America*

14

15              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**
16

17 PHARMACEUTICAL RESEARCH AND            Case No.:  2:17-cv-02573-MCE-KJN
   MANUFACTURERS OF AMERICA,
18                                        **PLAINTIFF'S REQUEST FOR**
                                          **JUDICIAL NOTICE**
19              Plaintiff,

20      v.

21

22 ROBERT P. DAVID, in his official capacity as
   Director of the California Office of Statewide
23 Health Planning and Development,

24              Defendant.

25

26

27

28

1642338v1

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiff Pharmaceutical Research and Manufacturers of America (PhRMA) requests that the Court take judicial notice of publicly available information about PhRMA's membership that is not subject to reasonable dispute and the accuracy of which cannot reasonably be questioned.  Fed. R. Evid. 201(b).

Defendant OSHPD's opposition to PhRMA's motion for summary judgment asserted that PhRMA "presented no evidence of standing."  (ECF No. 70 at 3.)  In responding to this argument, PhRMA observed that Defendant had "attach[ed]" to its own opposition "several notices that PhRMA members were legally compelled to file" as a result of Senate Bill 17 (SB 17)—the law that PhRMA challenges in this case.  (ECF No. 73 at 1 (citing Gouldy Decl. Exs. A-H, ECF No. 70-3.)  Specifically, Defendant's opposition attached November 2019 notices filed pursuant to SB 17 by Janssen Pharmaceuticals Inc. (a Johnson & Johnson company); Merck Sharpe & Dohme Corp.; Takeda Pharmaceuticals; Gilead Sciences; and Ipsen Pharmaceuticals, Inc.; among others.  (*See* Gouldy Decl. Exs A, C, E, F, G, ECF No. 70-3.)  In its sur-reply filed on June 10, Defendant now makes the argument, not previously articulated, that PhRMA lacks standing because "there is no evidence in the record that any of the drug makers whose SB 17 notices were submitted by [Defendant] is in fact a member of PhRMA."[1]  (ECF No. 74 at 1 (emphasis removed).)

But PhRMA's membership is not, and cannot be, the subject of reasonable dispute.  Attached to this request as **Exhibit A** is a true and correct printout of a full list of PhRMA's members, printed from PhRMA's official website on June 12, 2020.[2]  PhRMA's list of members includes Johnson & Johnson, Merck, Takeda, Gilead, and Ipsen, all of whom filed notices compelled by SB 17 and that Defendant attached to its summary-judgment opposition.  (*See* ECF No. 70-3).  Also attached to this

---

[1] The parties have argued about standing before, with OSHPD's focus having been that the allegations in PhRMA's First Amended Complaint and notices PhRMA members have submitted purportedly do not allege or reflect "injury-in-fact or invasion of a legally protected interest . . . ." (ECF No. 43-2 at 11:9-10; *see also* ECF No. 70 at 4:4-5 ("PhRMA has provided no evidence that any PhRMA member has been injured or faces imminent injury from the operation of the statute")).) The Court disagreed with this once before in ruling on OSHPD's second motion to dismiss, but regardless, OSHPD's sur-reply argument is the first occasion on which it has specifically raised the issue of membership status.  PhRMA thus respectfully requests that the Court consider this Request for Judicial Notice, which PhRMA is submitting immediately in response to the State's sur-reply.

[2] *See* PhRMA, *Members*, https://www.phrma.org/en/About/Members (last visited June 12, 2020).

1642338v1

1    request as **Exhibit B** is a true and correct archived copy of that same membership list from December

2    14, 2019, confirming that these five companies were also PhRMA members in the time period of the

3    notices attached to Defendant's opposition.[3]

4          Courts regularly take judicial notice of statements on publicly accessible websites when

5    neither party disputes the existence and authenticity of the website. *See Daniels-Hall v. Nat'l Educ.*

6    *Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010). The existence of this membership list and its authorship

7    is not in dispute (Answer, ECF No. 56, ¶ 14), and its authenticity cannot reasonably be questioned

8    given that the webpage is publicly available through the hyperlink set forth above. *See, e.g.*, *Multi*

9    *Time Mach., Inc. v. Amazon.com, Inc.*, 792 F.3d 1070, 1072 n.1 (9th Cir. 2015) (taking judicial notice

10   of Amazon's website and facts contained therein); *see also, e.g.*, *Johnson v. Hologic, Inc.*, No. 2:14-

11   cv-0794, 2014 WL 2581421, at *2 (E.D. Cal. June 9, 2014).

12

13          Dated:  June 12, 2020                    Respectfully submitted,

14

15                                                   /s/ Annie S. Amaral
                                                     Annie S. Amaral
16                                                   621 Capitol Mall, 18th Floor
                                                     Sacramento, CA 95814
17                                                   Telephone: 916.444.1000
                                                     Facsimile: 916.444.2100
18                                                   aamaral@downeybrand.com

19                                                   Allon Kedem
                                                     Jeffrey L. Handwerker
20                                                   R. Stanton Jones
                                                     ARNOLD & PORTER KAYE SCHOLER LLP
21                                                   601 Massachusetts Avenue, NW
                                                     Washington, DC 20001
22                                                   Telephone: (202) 942-5000
                                                     *Attorneys for Plaintiff Pharmaceutical Research*
23                                                   *and Manufacturers of America*

24

25

26

27
     _____
28   [3] *See* PhRMA, *Members* (Dec. 14, 2019), https://web.archive.org/web/20191214021733/
     https://www.phrma.org/en/About/Members

1642338v1                                    2

# EXHIBIT A



| SHARE THIS (f)(in)(y)(💬)

# Members

PhRMA member companies invest billions in the research and develop of new medicines. They are pioneers in innovation, ushering in a new era of treatment for patients. If your company is interested in joining PhRMA, click here to learn more.

Learn more about our member companies, their work and their leadership below.

### AbbVie
1 North Waukegan Road
North Chicago, IL 60064
(847) 932-7900

 LEARN MORE

### Alexion Pharmaceuticals, Inc.
100 College Street
New Haven, CT 06510
(203) 272-2596

 LEARN MORE

### Alkermes plc.
852 Winter Street
Waltham, MA 02451
(781) 609-6000

 LEARN MORE

### Amgen Inc.
One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

 LEARN MORE

### Astellas Pharma
1 Astellas Way
Northbrook, IL 60062
(800) 695-4321

 LEARN MORE

### AstraZeneca Pharmaceuticals LP
1800 Concord Pike ,P.O. Box 15437
Wilmington, DE 19850
(302) 886-3000

 LEARN MORE

### Bayer Corporation
100 Bayer Boulevard
Whippany, NJ 07981
(973) 694-4100

 LEARN MORE

### Biogen
133 Boston Post Road
Weston, MA 02493
(781) 464-2000

 LEARN MORE

### BioMarin Pharmaceutical Inc.
770 Lindaro Street
San Rafael, CA 94901
(415) 506-6700

 LEARN MORE

### Boehringer Ingelheim Pharmaceuticals, Inc.
900 Ridgebury Road
Ridgefield, CT 06877
(203) 798-9988

 LEARN MORE

### Bristol Myers Squibb
345 Park Avenue
New York, NY 10154
(212) 546-4000

 LEARN MORE

### Daiichi Sankyo, Inc.
211 Mt. Airy Road
Basking Ridge, NJ 07920
(973) 359-2600

 LEARN MORE

### Eisai Inc.
100 Tice Boulevard
Woodcliff Lake, NJ 07677
(201) 692-1100

 LEARN MORE

### Eli Lilly and Company
Lilly Corporate Center,893 South Delaware
Indianapolis, IN 46285
(317) 276-2000

 LEARN MORE

### EMD Serono
One Technology Place
Rockland, MA 02370
(781) 982-9000

 LEARN MORE

### Genentech
1 DNA Way Mailstop 258A

### Gilead Sciences, Inc.
333 Lakeside Drive

### GlaxoSmithKline
Five Moore Drive ,P.O. Box 13398



 LEARN MORE          LEARN MORE          LEARN MORE

### Incyte Corporation
1801 Augustine Cut-off
Wilmington, DE 19803
(855) 446-2983

 LEARN MORE

### Ipsen Biopharmaceuticals, Inc.
106 Allen Road
Basking Ridge, NJ 07920
(908) 275-6300

 LEARN MORE

### Johnson & Johnson
One Johnson & Johnson Plaza
New Brunswick, NJ 08933
(732) 524-0400

 LEARN MORE

### Lundbeck LLC
Six Parkway North, Suite 400
Deerfield, IL 60015
(847) 282-1000

 LEARN MORE

### Merck & Co., Inc.
2000 Galloping Hill Road
Kenilworth, NJ 07033
(908) 298-4000

 LEARN MORE

### Novartis Pharmaceuticals Corporation
230 Park Avenue ,21st Floor
New York, NY 10169
(862) 778-8300

 LEARN MORE

### Novo Nordisk Inc.
800 Scudders Mill Rd
Plainsboro, NJ 08536
(609) 987-5800

 LEARN MORE

### Otsuka America Pharmaceutical, Inc. (OAPI)
508 Carnegie Center Drive
Princeton, NJ 08540
(609) 452-2922

 LEARN MORE

### Pfizer Inc.
235 East 42nd Street ,16th Floor
New York, NY 10017
(212) 733-2323

 LEARN MORE

### Sanofi
55 Corporate Drive
Bridgewater, NJ 08807
(800) 981-2491

 LEARN MORE

### Sage Therapeutics, Inc.
215 First Street
Cambridge, MA 02142
(617) 299-8380

 LEARN MORE

### Sunovion Pharmaceuticals Inc.
84 Waterford Drive
Marlborough, MA 01752-7214
(508) 481-6700

 LEARN MORE

### Takeda Pharmaceuticals USA, Inc.
1 Takeda Parkway
Deerfield, IL 60015
(224) 554-6500

 LEARN MORE

### Teva US Specialty Medicines
1090 Horsham Road
North Wales, PA 19083
(913) 777-2000

 LEARN MORE

### UCB
1950 Lake Park Drive
Smyrna, GA 30080
770-970-7500

 LEARN MORE


STAY **Connected**
ENTER YOUR EMAIL ADDRESS







**MEMBERS SITE**

**CONTACT US**

**PRIVACY POLICY**

**TERMS OF SERVICE**

**SITE MAP**

Pharmaceutical Research and Manufacturers of America®
950 F Street, NW Suite 300, Washington, DC 20004

Please be advised that this page contains pixel tags. To learn more about what pixel tags are, why and how we and third parties use pixel tags, and how that use affects you, visit our privacy policy and review "1. Information Collection."

# EXHIBIT B

https://www.phrma.org/en/About/Members                                    Go    NOV  DEC  FEB
11 captures                                                                      ◄  14  ►
14 Dec 2019 - 11 Jun 2020                                                    2018  2019  2020

| SHARE THIS 

# Members

PhRMA member companies invest billions in the research and develop of new medicines. They are pioneers in innovation, ushering in a new era of treatment for patients. If your company is interested in joining PhRMA, click here to learn more.

Learn more about our member companies, their work and their leadership below.

### AbbVie

1 North Waukegan Road
North Chicago, IL 60064
(847) 932-7900

 LEARN MORE

### Alexion Pharmaceuticals, Inc.

100 College Street
New Haven, CT 06510
(203) 272-2596

 LEARN MORE

### Alkermes plc.

852 Winter Street
Waltham, MA 02451
(781) 609-6000

 LEARN MORE

### Allergan plc

5 Giralda Farms
Madison, NJ 07940
(862) 261-7000

 LEARN MORE

### Amgen Inc.

One Amgen Center Drive
Thousand Oaks, CA 91320
(805) 447-1000

 LEARN MORE

### Astellas Pharma

1 Astellas Way
Northbrook, IL 60062
(800) 695-4321

 LEARN MORE

### AstraZeneca Pharmaceuticals LP

1800 Concord Pike ,P.O. Box 15437
Wilmington, DE 19850
(302) 886-3000

 LEARN MORE

### Bayer Corporation

100 Bayer Boulevard
Whippany, NJ 07981
(973) 694-4100

 LEARN MORE

### Biogen

133 Boston Post Road
Weston, MA 02493
(781) 464-2000

 LEARN MORE

https://www.phrma.org/en/About/Members    Go    NOV **DEC** FEB

11 captures

14 Dec 2019 - 11 Jun 2020      2018 **2019** 2020   About this capture

◀ **14** ▶

## BioMarin Pharmaceutical Inc.

770 Lindaro Street

San Rafael, CA 94901

(415) 506-6700

 **LEARN MORE**

## Boehringer Ingelheim Pharmaceuticals, Inc.

900 Ridgebury Road

Ridgefield, CT 06877

(203) 798-9988

 **LEARN MORE**

## Bristol-Myers Squibb Company

345 Park Avenue

New York, NY 10154

(212) 546-4000

 **LEARN MORE**

## Daiichi Sankyo, Inc.

211 Mt. Airy Road

Basking Ridge, NJ 07920

(973) 359-2600

 **LEARN MORE**

## Eisai Inc.

100 Tice Boulevard

Woodcliff Lake, NJ 07677

(201) 692-1100

 **LEARN MORE**

## Eli Lilly and Company

Lilly Corporate Center,893 South Delaware

Indianapolis, IN 46285

(317) 276-2000

 **LEARN MORE**

## EMD Serono

One Technology Place

Rockland, MA 02370

(781) 982-9000

 **LEARN MORE**

## Genentech

1 DNA Way Mailstop 258A

South San Francisco, CA 94080

(888) 835-2555

 **LEARN MORE**

## Gilead Sciences, Inc.

333 Lakeside Drive

Foster City, CA 94404

(650) 574-3000

 **LEARN MORE**

## GlaxoSmithKline

Five Moore Drive ,P.O. Box 13398

Research Triangle Park, NC 27709

(919) 483-2100

 **LEARN MORE**

## Incyte Corporation

1801 Augustine Cut-off

Wilmington, DE 19803

(855) 446-2983

 **LEARN MORE**

## Ipsen Biopharmaceuticals, Inc.

106 Allen Road

Basking Ridge, NJ 07920

(908) 275-6300

 **LEARN MORE**

## Johnson & Johnson

One Johnson & Johnson Plaza

New Brunswick, NJ 08933

(732) 524-0400

 **LEARN MORE**

## Lundbeck LLC

Six Parkway North, Suite 400

Deerfield, IL 60015

(847) 282-1000

 **LEARN MORE**

## Merck & Co., Inc.

2000 Galloping Hill Road

Kenilworth, NJ 07033

(908) 298-4000

 **LEARN MORE**

https://www.phrma.org/en/About/Members    Go    NOV **DEC** FEB

11 captures

14 Dec 2019 - 11 Jun 2020                       ◄ **14** ►              2018 **2019** 2020      ▼ About this capture

New York, NY 10169

(862) 778-8300

 **LEARN MORE**

---

(609) 987-5800

**LEARN MORE**

---

Princeton, NJ 08540

(609) 452-2922

**LEARN MORE**

---

## Pfizer Inc.

235 East 42nd Street ,16th Floor

New York, NY 10017

(212) 733-2323

**LEARN MORE**

## Sanofi

55 Corporate Drive

Bridgewater, NJ 08807

(800) 981-2491

**LEARN MORE**

## Sage Therapeutics, Inc.

215 First Street

Cambridge, MA 02142

(617) 299-8380

**LEARN MORE**

## Sunovion Pharmaceuticals Inc.

84 Waterford Drive

Marlborough, MA 01752-7214

(508) 481-6700

**LEARN MORE**

## Takeda Pharmaceuticals USA, Inc.

1 Takeda Parkway

Deerfield, IL 60015

(224) 554-6500

**LEARN MORE**

## Teva US Specialty Medicines

1090 Horsham Road

North Wales, PA 19083

(913) 777-2000

**LEARN MORE**

## UCB

1950 Lake Park Drive

Smyrna, GA 30080

770-970-7500

**LEARN MORE**

STAY

# Connected

ENTER YOUR EMAIL ADDRESS                   ❯