XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MARK R. BECKINGTON, State Bar No. 126009
Supervising Deputy Attorney General
JONATHAN M. EISENBERG, State Bar No. 184162
Deputy Attorney General
SHARON L. O'GRADY, State Bar No. 102356
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3834
  Fax:  (415) 703-1234
  E-mail:  Sharon.OGrady@doj.ca.gov
*Attorneys for Defendant Marko Mijic, Acting Director of California Office of Statewide Health Planning and Development*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>Defendant. | 2:17-cv-02573-MCE-KJN<br><br>**OPPOSITION TO REQUEST FOR JUDICIAL NOTICE**<br><br>Judge:         The Honorable<br>                    Morrison C. England, Jr.<br>Trial Date:    None set<br>Action Filed: 12/8/2017 |

Defendant Marko Mijic, Acting Director of California Office of Statewide Health Planning and Development (OSHPD), objects to PhRMA's request for judicial notice, which should be denied on multiple grounds.

First, the request is untimely.  As the moving party, PhRMA should have provided all of the evidence in which it intended to rely at the time it filed its motion.  But at the very least, it should have submitted evidence at the time it filed its reply.  OSHPD's Opposition specifically argued

1

1  that, as a threshold matter, the motion for summary judgment should be denied because PhRMA
2  had submitted no evidence to support standing.  OSHPD's Opposition 4 ("On a motion for
3  summary judgment, PhRMA must provide *evidence* that one or more of its members has
4  standing." (emphasis in original)).  Instead of submitting evidence with its Reply, PhRMA simply
5  asserted that OSHPD had submitted as exhibits "several notices that PhRMA members were
6  legally compelled to file."  PhRMA Reply at 1.

7       Second, the accuracy of PhRMA's website list of its members is not undisputed.  PhRMA's
8  citation to OSHPD's Answer to the Amended Complaint in support of its claim that it is
9  undisputed is misleading.  OSHPD's Answer only admitted that "[PhRMA's] website represents
10 that it contains a list of its members."  Answer to Amended Complaint ¶ 14 (ECF No. 56).
11 OSHPD did not admit that the website's representations were accurate; instead it alleged that it
12 was "without sufficient knowledge or information to form a belief as to the remaining allegations
13 [of the paragraph 14 of the Amended Complaint], and on that basis *denies* the allegations."  *Id*.
14 (emphasis added).  Nor do PhRMA's cited cases support the notion that a commercial website is
15 judicially noticeable for the truth of the representations contained therein.  PhRMA's reliance on
16 *Multi Time Machine, Inc. v. Amazon.com, Inc.*, 792 F.3d 1070 (9th Cir. 2015), is completely
17 improper, since that decision was withdrawn by the Court and a superseding opinion issued.
18 *Multi Time Machine, Inc. v. Amazon.com, Inc.*, 804 F.3d 930, 932 (9th Cir. 2015).[1]  Moreover,
19 the Court in the superseded decision did not grant judicial notice of the truth of the Amazon.com
20 website, and in fact noted that one statement on the website "is flatly untrue."  792 F.3d at 1072
21 n.1.  *Daniels-Hall v. National Education Ass'n*, 629 F.3d 992, 998 (9th Cir. 2010), involved a
22 motion to dismiss where the court took into consideration a list of approved vendors from a
23 government website, noting that neither party disputed the accuracy of the information.  In
24 *Johnson v. Hologic, Inc.*, No. 2:14-cv-0794-LKK-KJN (PS), 2014 WL 2581421, at *2, (E.D.
25 Cal. June 9, 2014), the court granted judicial notice of a federal government website as
26 "*undisputed* facts stated in public records." (Emphasis in original.)  Here, the accuracy of
27 statements in PhRMA's website is not undisputed.

28      [1] The superseding opinion, 804 F.3d 930, does not mention judicial notice at all.

2

1  Third, even if the Court were to take judicial notice of the truth of representations made in
2  PhRMA's website, which it should not for the reasons discussed above, the information is
3  insufficient to support standing. At most it shows PhRMA's membership at two points in time
4  December 14, 2019 and June 12, 2020. Request for Judicial Notice at 1-2. To satisfy Article III
5  standing, a plaintiff must have standing *at the time the action is commenced. Friends of the*
6  *Earth, Inc. v. Laidlaw Envtl. Servs. (TOC), Inc.,* 528 U.S. 167, 180 (2000); *NEI Contracting &*
7  *Eng'g, Inc. v. Hansen Aggregates Pac. Sw.*, 926 F.3d 528, 533 (9th Cir 2019). This case was
8  filed on December 17, 2017.
9  The Court should deny PhRMA's Request for Judicial Notice.

Dated: June 16, 2020                    Respectfully submitted,

                                                                               XAVIER BECERRA
                                                                               Attorney General of California
                                                                               MARK R. BECKINGTON
                                                                               Supervising Deputy Attorney General

                                                              */s/ Sharon L. O'Grady*

                                                                               SHARON L. O'GRADY
                                                                               Deputy Attorney General
                                                                               *Attorneys for Defendant Marko Mijic, Acting Director of California Office of Statewide Health Planning and Development*

SA2017109671
42230602.docx

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Pharmaceutical Research and Manufacturers of America v. Edmund Gerald Brown, Jr. et al.** | No. | **2:17-cv-02573-MCE-KJN** |

I hereby certify that on <u>June 16, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**OPPOSITION TO REQUEST FOR JUDICIAL NOTICE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>June 16, 2020</u>, at San Francisco, California.

| Robert Hallsey | /s/ Robert Hallsey |
|---|---|
| Declarant | Signature |

SA2017109671
42230606.docx