DOWNEY BRAND LLP
ANNIE S. AMARAL (Bar No. 238189)
aamaral@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:  916.444.1000
Facsimile:  916.444.2100

Allon Kedem
*Admitted Pro Hac Vice*
allon.kedem@arnoldporter.com
Jeffrey L. Handwerker
Admitted *Pro Hac Vice*
jeffrey.handwerker@arnoldporter.com
R. Stanton Jones
Admitted *Pro Hac Vice*
stanton.jones@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:  202.942.5000

*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>Defendant. | Case No. 2:17-cv-02573-MCE-KJN<br><br>**STIPULATED WAIVER OF PERSONAL APPEARANCE AND ORDER**<br><br>Date:     August 27, 2020<br>Time:    11:00 a.m.<br>Crtrm.:   Videoconference Appearance |

The Parties, through their respective counsel, hereby stipulate and provide the following waiver:

WHEREAS, on August 5, 2020, the Court entered an Order (ECF No. 78) granting Plaintiff's Request for Oral Argument (ECF No. 77) and ordering the Parties to file a waiver of

1651819

STIPULATION AND ORDER WAIVING PERSONAL APPEARANCE IN FAVOR OF VIDEO APPEARANCE

personal appearance with a proposed order addressing the same, not later than seven (7) days prior to the hearing.

WHEREAS, the hearing on Plaintiff's Motion for Summary Judgment (ECF No. 64) has been scheduled for August 27, 2020, at 11:00 a.m. ("August 27th Hearing") via videoconference.

NOW THEREFORE, the parties stipulate that:

1. Plaintiff, by and through its undersigned counsel, hereby waives its personal appearance at oral argument and will attend the August 27th Hearing via videoconference.

2. Defendant, by and through his undersigned counsel, hereby waives his personal appearance at oral argument and will attend the August 27th Hearing via videoconference.

Accordingly, the Parties respectfully request that the Court adopt the proposed order submitted by email and filed concurrently with this stipulation.

DATED:  August 17, 2020            DOWNEY BRAND LLP

                                   By:      /s/ Annie S. Amaral
                                          ANNIE S. AMARAL
                                     Attorneys for Plaintiff Pharmaceutical
                                     Research and Manufacturers of America

DATED:  August 17, 2020            ARNOLD & PORTER KAYE SCHOLER LLP

                                   By:      /s/ Allon Kedem
                                          ALLON KEDEM
                                     Attorneys for Plaintiff Pharmaceutical
                                     Research and Manufacturers of America

| | |
|---|---|
| 1   DATED: August 17, 2020 | XAVIER BECERRA<br>Attorney General of California<br>PAUL STEIN<br>Supervising Deputy Attorney General |

 

By:    /s/ Sharon L. O'Grady (*as authorized 8/11/2020*)
Sharon L. O'Grady
Deputy Attorney General
Attorneys for Robert P. David, Director of
California Office of Statewide Health Planning
and Development

**ORDER**

Good cause having been shown, and in accordance with the stipulation of the parties, the Court hereby ORDERS that the Parties appear via videoconference at oral argument for Plaintiff's Motion for Summary Judgment hearing scheduled for August 27, 2020 at 11:00 a.m.

IT IS SO ORDERED.

Dated: August 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE