DOWNEY BRAND LLP
ANNIE S. AMARAL (Bar No. 238189)
aamaral@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Allon Kedem
*Admitted Pro Hac Vice*
allon.kedem@arnoldporter.com
Jeffrey L. Handwerker
Admitted *Pro Hac Vice*
jeffrey.handwerker@arnoldporter.com
R. Stanton Jones
Admitted *Pro Hac Vice*
stanton.jones@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone:    202.942.5000

*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT P. DAVID, in his official capacity as Director of the California Office of Statewide Health Planning and Development,<br><br>Defendant. | Case No. 2:17-cv-02573-MCE-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   September 10, 2020<br>Time:   11:00 a.m.<br>Crtrm.:   Videoconference Appearance |

The parties, through their respective counsel, hereby stipulate to the following:

WHEREAS, on August 24, 2020, the Court entered a Minute Order (ECF No. 81) stating that "the 8/27/2020 hearing on Plaintiff's Motion for Summary Judgment [64] is VACATED and CONTINUED to 9/10/2020 at 11:00 am and will be conducted by Zoom videoconference."

1  WHEREAS, counsel for Plaintiff has a conflict with the September 10th hearing date.

2  WHEREAS, counsel for the parties have met and conferred and are all available on

3  September 17, 2020, at 11:00 a.m.

4  THEREFORE, the parties stipulate to continue the hearing on Plaintiff's Motion for

5  Summary Judgment to September 17, 2020, at 11:00 a.m., and respectfully request that the Court

6  adopt the proposed order submitted by email and filed concurrently with this stipulation.

DATED:  August 26, 2020          DOWNEY BRAND LLP


                                 By:       /s/ Annie S. Amaral
                                              ANNIE S. AMARAL
                                       Attorneys for Plaintiff Pharmaceutical
                                       Research and Manufacturers of America

DATED:  August 26, 2020          ARNOLD & PORTER KAYE SCHOLER LLP


                                 By:       /s/ Allon Kedem
                                              ALLON KEDEM
                                       Attorneys for Plaintiff Pharmaceutical
                                       Research and Manufacturers of America

DATED:  August 26, 2020          XAVIER BECERRA
                                 Attorney General of California
                                 PAUL STEIN
                                 Supervising Deputy Attorney General


                                 By:   /s/ Sharon L. O'Grady (*as authorized on 8/25/2020*)
                                              Sharon L. O'Grady
                                              Deputy Attorney General
                                       Attorneys for Robert P. David, Director of
                                       California Office of Statewide Health Planning
                                              and Development

1654397v1

2

JOINT STIPULATION AND ORDER TO CONTINUE HEARING ON MSJ

**ORDER**

Good cause having been shown, and in accordance with the stipulation of the parties, the Court hereby ORDERS that the 9/10/2020 hearing on Plaintiff's Motion for Summary Judgment [64] is VACATED and CONTINUED to 9/17/2020 at 11:00 am and will be conducted by Zoom videoconference. The waivers of personal appearances granted at ECF No. [80] are confirmed for the 9/17/2020 hearing.

IT IS SO ORDERED.

Dated:  August 26, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE