| | |
|---|---|
| DOWNEY BRAND LLP<br>Annie S. Amaral (Bar No. 238189)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: 916.444.1000<br>Facsimile: 916.444.2100<br>aamaral@downeybrand.com<br><br>Allon Kedem<br>Admitted *Pro Hac Vice*<br>Jeffrey L. Handwerker<br>Admitted *Pro Hac Vice*<br>R. Stanton Jones<br>Admitted *Pro Hac Vice*<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>allon.kedem@arnoldporter.com<br>jeffrey.handwerker@arnoldporter.com<br>stanton.jones@arnoldporter.com<br><br>*Attorneys for Plaintiff Pharmaceutical<br>Research and Manufacturers of America* | ROBERT BONTA, State Bar No. 202668<br>Attorney General of California<br>MARK R. BECKINGTON, State Bar No. 126009<br>Supervising Deputy Attorney General<br>SHARON L. O'GRADY, State Bar No. 102356<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA 94102-7004<br>Telephone: (415) 510-3802<br>Fax: (415) 703-5480<br>E-mail: Sharon.OGrady@doj.ca.gov<br><br>*Attorneys for Defendant Elizabeth A.<br>Landsberg, Director of California Office of<br>Statewide Health Planning and Development* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ELIZABETH A. LANDSBERG, in her official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>Defendant. | 2:17-cv-02573-MCE-KJN<br><br>**JOINT STATUS REPORT**<br><br>Courtroom: 7, 14th Floor<br>Judge: Honorable Morrison C. England, Jr.<br>Trial Date: Not set<br>Action Filed: December 8, 2017 |

1795332v1

Plaintiff Pharmaceutical Research and Manufacturers of America (PhRMA) and Defendant Elizabeth A. Landsberg, in her official capacity as Director of the California Office of Statewide Health Planning and Development, submit this joint status report in response to this Court's order of June 17, 2021. (ECF No. 100 at 3.)

## BACKGROUND

PhRMA filed this action on December 8, 2017, challenging the constitutionality of California's Senate Bill 17 (SB 17). On February 10, 2020, PhRMA moved for summary judgment. (ECF No. 64.) This Court denied PhRMA's motion for summary judgment on January 4, 2021. (ECF No. 93.)

On January 22, PhRMA moved for this Court to certify its summary judgment ruling for interlocutory appeal under 28 U.S.C. § 1292(b). (ECF No. 94.) On June 17, this Court entered an order granting PhRMA's motion for certification and amending the summary judgment order to state that the order satisfied the necessary conditions for an interlocutory appeal under § 1292(b). (ECF No. 100 at 2-3.) This Court also stayed the case "pending resolution of a petition for permission to appeal to the Ninth Circuit Court of Appeals and any subsequent appellate proceedings." (*Id.* at 3.)

The order also directed the parties to file a Joint Status Report within 90 days, and at 90-day intervals thereafter, "advising the Court as to the status of the proceedings before the Ninth Circuit." (ECF No. 100 at 3.) The parties filed their first status report on September 15, 2021 (ECF No. 103) and their second status report on December 14 (ECF No. 104).

## STATUS REPORT

On June 25, 2021, PhRMA filed a petition for permission to appeal in the Ninth Circuit. On August 10, the Ninth Circuit granted permission to appeal, docketed the appeal, and set a briefing schedule. *See PhRMA v. Landsberg*, No. 21-16312. Merits briefing in the Ninth Circuit concluded today, March 14. While oral argument has not yet been scheduled, the Ninth Circuit has indicated that it is considering setting argument for June or August 2022.

As directed in this Court's June 17 certification order, the parties will file joint status reports at 90-day intervals until this Court's stay is lifted.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 14, 2022 | ROBERT BONTA<br>Attorney General of California<br>MARK R. BECKINGTON<br>Supervising Deputy Attorney General |
|   | /s/ Sharon L. O'Grady<br>(as authorized on 3/14/2022)<br>SHARON L. O'GRADY<br>Deputy Attorney General<br>*Attorneys for Defendant Elizabeth A. Landsberg, Director of California Office of Statewide Health Planning and Development* |
| Dated: March 14, 2022 | DOWNEY BRAND LLP<br><br>/s/ Annie S. Amaral<br>ANNIE S. AMARAL<br><br>*Attorney for Plaintiff Pharmaceutical Research and Manufacturers of America* |