| | |
|---|---|
| DOWNEY BRAND LLP<br>Annie S. Amaral (Bar No. 238189)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: 916.444.1000<br>Facsimile: 916.444.2100<br>aamaral@downeybrand.com<br><br>Allon Kedem<br>Admitted *Pro Hac Vice*<br>Jeffrey L. Handwerker<br>Admitted *Pro Hac Vice*<br>R. Stanton Jones<br>Admitted *Pro Hac Vice*<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>allon.kedem@arnoldporter.com<br>jeffrey.handwerker@arnoldporter.com<br>stanton.jones@arnoldporter.com<br><br>*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America* | ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MARK R. BECKINGTON, State Bar No. 126009<br>Supervising Deputy Attorney General<br>SHARON L. O'GRADY, State Bar No. 102356<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 510-3802<br>Fax:  (415) 703-5480<br>E-mail:  Sharon.OGrady@doj.ca.gov<br><br>*Attorneys for Defendant Elizabeth A. Landsberg, Director of California Office of Statewide Health Planning and Development* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>                                    Plaintiff,<br><br>                 v.<br><br>**ELIZABETH A. LANDSBERG, in her official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>                                    Defendant. | 2:17-cv-02573-MCE-KJN<br><br>**JOINT STATUS REPORT**<br><br>Courtroom:  7, 14th Floor<br>Judge:  Honorable Morrison C. England, Jr.<br>Trial Date:  Not set<br>Action Filed:  December 8, 2017 |

1826727v1

Plaintiff Pharmaceutical Research and Manufacturers of America (PhRMA) and Defendant Elizabeth A. Landsberg, in her official capacity as Director of the California Office of Statewide Health Planning and Development, submit this joint status report in response to this Court's order of June 17, 2021.  (ECF No. 100 at 3.)

**BACKGROUND**

PhRMA filed this action on December 8, 2017, challenging the constitutionality of California's Senate Bill 17 (SB 17).  On February 10, 2020, PhRMA moved for summary judgment.  (ECF No. 64.)  This Court denied PhRMA's motion for summary judgment on January 4, 2021.  (ECF No. 93.)

On January 22, PhRMA moved for this Court to certify its summary judgment ruling for interlocutory appeal under 28 U.S.C. § 1292(b).  (ECF No. 94.)  On June 17, this Court entered an order granting PhRMA's motion for certification and amending the summary judgment order to state that the order satisfied the necessary conditions for an interlocutory appeal under § 1292(b).  (ECF No. 100 at 2-3.)  This Court also stayed the case "pending resolution of a petition for permission to appeal to the Ninth Circuit Court of Appeals and any subsequent appellate proceedings."  (*Id.* at 3.)

The order also directed the parties to file a Joint Status Report within 90 days, and at 90-day intervals thereafter, "advising the Court as to the status of the proceedings before the Ninth Circuit."  (ECF No. 100 at 3.)  The parties accordingly have filed status reports on September 15, 2021  (ECF No. 103), December 14, 2021 (ECF No. 104), March 14, 2022 (ECF No. 105), and June 9, 2022 (ECF No. 106).

**STATUS REPORT**

On June 25, 2021, PhRMA filed a petition for permission to appeal in the Ninth Circuit. On August 10, the Ninth Circuit granted permission to appeal, docketed the appeal, and set a briefing schedule. *See PhRMA v. Landsberg*, No. 21-16312. After briefing and oral argument, the Ninth Circuit on July 25, 2022, issued a memorandum disposition affirming the denial of summary judgment on PhRMA's dormant Commerce Clause claim and remanding for further proceedings. *Id.*, Dkt. 39-1, at 2, 4.  The Ninth Circuit "d[id] not reach PhRMA's First

Amendment claim." *Id.* at 2. PhRMA filed a petition for rehearing, which the court denied on August 30. *Id.*, Dkt. 42. On September 7, the Ninth Circuit issued its mandate. *Id.*, Dkt. 43.

As directed in this Court's June 17 certification order, the parties will file joint status reports at 90-day intervals until this Court's stay is lifted.

Dated:  September 7, 2022                    Respectfully submitted,

                                             ROB BONTA
                                             Attorney General of California
                                             MARK R. BECKINGTON
                                             Supervising Deputy Attorney General


                                             /s/ Sharon L. O'Grady
                                             SHARON L. O'GRADY
                                             (as authorized on 9/7/2022)

                                             Deputy Attorney General
                                             *Attorneys for Defendant Elizabeth A. Landsberg, Director of California Office of Statewide Health Planning and Development*


Dated:  September 7, 2022                    DOWNEY BRAND LLP


                                             /s/ Annie S. Amaral
                                             ANNIE S. AMARAL

                                             *Attorney for Plaintiff Pharmaceutical Research and Manufacturers of America*