| | |
|---|---|
| DOWNEY BRAND LLP<br>Annie S. Amaral (Bar No. 238189)<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA 95814<br>Telephone: 916.444.1000<br>Facsimile: 916.444.2100<br>aamaral@downeybrand.com<br><br>Allon Kedem<br>Admitted *Pro Hac Vice*<br>Jeffrey L. Handwerker<br>Admitted *Pro Hac Vice*<br>R. Stanton Jones<br>Admitted *Pro Hac Vice*<br>ARNOLD & PORTER<br>KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>allon.kedem@arnoldporter.com<br>jeffrey.handwerker@arnoldporter.com<br>stanton.jones@arnoldporter.com<br><br>*Attorneys for Plaintiff Pharmaceutical Research and Manufacturers of America* | ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>MARK R. BECKINGTON, State Bar No. 126009<br>Supervising Deputy Attorney General<br>SHARON L. O'GRADY, State Bar No. 102356<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 510-3802<br>Fax:  (415) 703-5480<br>E-mail:  Sharon.OGrady@doj.ca.gov<br><br>*Attorneys for Defendant Elizabeth A. Landsberg, Director of the California Department of Health Care Access and Information, formerly the California Office of Statewide Health Planning and Development* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**ELIZABETH A. LANDSBERG, in her official capacity as Director of the California Office of Statewide Health Planning and Development,**<br><br>Defendant. | 2:17-cv-02573-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]**<br><br>Courtroom:  7, 14th Floor<br>Judge:  Honorable Morrison C. England, Jr.<br>Trial Date:  Not set<br>Action Filed:   December 8, 2017 |

1829778v1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED, by and between Plaintiff Pharmaceutical Research and Manufacturers of America and Defendant Elizabeth A. Landsberg, in her official capacity as Director of the California Department of Health Care Access and Information, formerly the California Office of Statewide Health Planning and Development, through their undersigned counsel of record, that the above-captioned action be and hereby is dismissed in its entirety with prejudice.  Each party shall bear its own fees and costs.

Dated:  September 19, 2022                                  Respectfully submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General


/s/ Sharon L. O'Grady  _____
SHARON L. O'GRADY
(as authorized on 9/19/2022)

Deputy Attorney General
*Attorneys for Defendant Elizabeth A. Landsberg, Director of the California Department of Health Care Access and Information, formerly the Office of Statewide Health Planning and Development*

| | | |
|---|---|---|
| 1 | Dated:  September 19, 2022 | DOWNEY BRAND LLP |
| 2 | | |
| 3 | | /s/ Annie S. Amaral_____ |
| | | ANNIE S. AMARAL |
| 4 | | |
| | | Attorneys for Plaintiff Pharmaceutical |
| 5 | | Research and Manufacturers of America |
| 6 | DATED:  September 19, 2022 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 7 | | |
| 8 | | |
| 9 | | /s/ Allon Kedem |
| | | ALLON KEDEM |
| 10 | | (as authorized on 9/19/2022) |
| 11 | | Attorneys for Plaintiff Pharmaceutical |
| | | Research and Manufacturers of America |

1829778v1

2

STIPULATION FOR DISMISSAL WITH PREJUDICE